UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETER LAWRENCE, R47586,

    Petitioner,

v.

RANDY PFISTER, Warden,

    Respondent.

No. 12 C 9502
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

The motion to reconsider my denial of his request for a status report of a motion concerning a federal claim that was prematurely filed by Peter Lawrence is denied. There is no reason to continue the existence of his habeas corpus proceeding, because it is unnecessary and improper until state court proceedings are completed. As soon as state court proceedings are completed, then Petitioner is at liberty to seek habeas corpus relief if he has any need for it.

ENTER:

James B. Zagel
United States District Judge

DATE: June 20, 2016

1